UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

DAVID E HENDERSON
4635 Atlas, # 8
El Paso, TX 79923
(915) 759-0021        CIVIL ACTION NO.

CHRISTOPHER ESTRADA
US Postal Service, Inspectors
8401 Boeing
El Paso, TX 79918

FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

Case: 1:08-cv-00789
Assigned To: Unassigned
Assign. Date: 5/8/2008
Description: Civil Rights-Non-Employ.

RECEIVED
APR 17 2008
Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT

On January 3, 2006 Plaintiff experienced a theft from his named residential Apartment Box. Stolen was a Bank ATM Card and $100 Cash mailed to Plaintiff's sister. Plaintiff

1

reported the theft to the El Paso Police, who told plaintiff he should contact the US Postal Service.

After being run in circles for several days, Plaintiff a complaint about the theft. In April 2006 Plaintiff received a letter from the Postal Service Inspectors in El Paso, stating that his complaint was being transferred to the

3

USPS Inspectors in Washington, DC due to a change of procedures. Plaintiff contacted the DC Inspectors with an address furnished by Congressman Silvestre Reyes. Through a series of two months and repeated letters from Congressman Reyes and communications from plaintiff, nothing was done about the theft. In October and November

4

2006, the EIPOIG staff of Cong. Reyes made several phone calls to the US Inspectors, particularly Chris Estada and were blown ~~off~~ insuring no records were made of the Congressional inquiries.

Resuming in October 2006, the thefts and tampering at Plaintiff's residence were continued. Plaintiff believes the

5

, defts were, Illegal seizures of Federal Agencies attempting to harass and intimidate Plaintiff over the October Surprise; 1980 Iran Hostage Release-Delay.

Plaintiff, who was a State Department from 1969-1981, who had some highly sensitive assignments both in Washington and overseas, knew

that in July and October 1980, George Bush, senior and William Casey, former Director of the CIA, conspired to commit Treason against America, by cutting a deal with the Revolutionary Government of Iran to delay the use of the 52 hostages at the US Embassy in Tehran, to keep their release of the Carter Administration,

whose polling indicated that if the Hostages were released in October 1980, President Carter would be re-elected.

In order to silence over plaintiff's knowledge of these explosive facts, Federal Agencies of tampering and stealing plaintiff's mail starting within August, 1968 and recurring. The thefts by Government Agents

8

apparently occurred without search warrants, but in the past two years, warrants have been obtained on the false claim that Plaintiff is a National Security Risk.

Plaintiff requests Injunctive Relief that the Federal and local agencies stop stealing his mail. Plaintiff also requests 100 million dollars of damages, triple punitive

9

Damages, making it 300 million dollars, trebled by RICO for a total of 900 million damages. Plaintiff requests Jury Trial on all Issues.

s/s

David E Henderson
P.O. Box 23004
El Paso, TX 79923