UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| David E. Henderson,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No.   08 0789 |
| ) | |
| Christopher Estrada   ) | |
| ) | |
| Defendant.   ) | |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of El Paso, Texas, suing the U.S. Postal Inspector in El Paso, Texas, presumably for his response to plaintiff's complaint about "a theft from his named residential apartment box." Compl. at 1. He seeks injunctive relief and monetary damages of $900 million.

The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is improper for litigating the claims. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendant is located and where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 29th day of April 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Western District of Texas. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

*/s/ Royce C. Lamberth*
United States District Judge

3